U.S. Department of Justice

Washington, D.C.
01/10/00/jr

Criminal Docket

McALLEN Division

INDICTMENT Filed: JANUARY 18, 2000
County: Hidalgo
LIONS: 2000R00090
UNITED STATES OF AMERICA

v.

JOSE CLEMENTE TAPIA
Arrested 1/05/00
ROBERTO ROMULO LUNA
Arrested 1/05/00
ROBERT BAZAN
Arrested 1/05/00
ARNULFO BAZAN
Arrested 1/05/00
OSCAR CAMPOS
Arrested 1/05/00

CR. No. M-00-026

Judge: FILEMON B. VELA  M-00-0051-MO

Attorneys:
MERVYN M. MOSBACKER, U.S. ATTORNEY

LUIS MARTINEZ, ASST. U.S. ATTORNEY

Cts. 1 & 2

Cts. 1 & 2

Cts. 1 & 2

Cts. 1 & 2

Cts. 1 & 2

Charge(s):

Ct. 1: Conspiracy to possess with intent to distribute more than 100 but less than 1000 kilograms of marijuana
Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B)

Ct. 2: Possession with intent to distribute, more than 100 but less than 1000 kilograms, that is, approximately 385 kilograms of marijuana
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2

Total Counts
(2)

Penalty:

Ct. 1: Imprisonment for not less than 5 yrs. and not more than 40 yrs. and/or a fine not to exceed $2,000,000

Ct. 2: Imprisonment for not less than 5 yrs. and not more than 40 yrs. and/or a fine not to exceed $2,000,000 and a TSR of at least 4 yrs.

Agency: CUSTOMS - YVONNE OLMOS - MC13MS00BV0034

Proceedings

Date